Robert Townsend, Pro Per
P.O. Box 3330
Dana Point. CA 92629
Phone: 949-495-0089
Fax: 949-495-0580

Defendant and Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Townsend,

Complainant,

Vs.

Calvary Portfolio Services, LLC, Progressive Management Systems, Inc, R.M. Galicia Inc. does 2-10

Defendants.

Case No: SACV08-00996 AHS (ANx) AG

**NOTICE OF DISMISSAL AS PROGRESSIVE MANAGEMENT SYSTEMS, INC, R.M. GALICIA INC, ONLY**

and Order

Judge: Hon. Andrew J. Guilford.

Trial date: Not set

TO THE CLERK OF THE ABOVE COURT:

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil

DISMISSAL PROGRESSIVE MANAGEMENT SYSTEMS, INC, R.M. GALICIA INC, 1
ONLY

1  Procedure, Plaintiff Robert Townsend hereby notifies the court
2  that all claims presented by Plaintiff Robert Townsend against
3  PROGRESSIVE MANAGEMENT SYSTEMS, INC, R.M. GALICIA INC, ONLY
4  only have been resolved and settled. Plaintiff therefore
5  dismisses ALL claims against Defendant PROGRESSIVE MANAGEMENT
6  SYSTEMS, INC, R.M. GALICIA INC, ONLY WITH PREJUDICE and on the
7  merits, but ONLY as to PROGRESSIVE MANAGEMENT SYSTEMS, INC, R.M.
8  GALICIA INC, ONLY.

Submitted by:

DATE: 11/20/08

(Robert Townsend, 111, Pro Per)

DATE: 11/21/08   It is so ordered.

(Andrew Guilford, Judge)

DISMISSAL PROGRESSIVE MANAGEMENT SYSTEMS, INC, R.M. GALICIA INC, 2
ONLY

**PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 32545 "B"Golden Lantern, Dana Point, Ca 92629

On October November 20, 2008, I served the foregoing document described as Notice of Dismissal of **PROGRESSIVE MANAGEMENT SYSTEMS, INC, R.M. GALICIA INC, ONLY**

On all interested parties in this action to and by:

__X__ BY placing _X_ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

Harvey M. Moore, Esq.
**The Moore Law Group**
A Professional Corporation
PO Box 25145
Santa Ana, CA 92799-5145
United States of America

United States of America _X_ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

**BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

1  I declare that I am employed in the office of a member of the
2  Bar of this Court, at whose direction the service was made.

3  EXECUTED on November 20, 2008, at Dana Point, Ca 92629

_____
(Michael Lee)